## NASH et al. v. BROOKS et al.

ATKINSON, J. The judgment rendered by the court, to whom the case was submitted for decision without the intervention of a jury, was authorized by the evidence; and there was no error in overruling the motion for a new trial, the several grounds of which complained merely, in effect, that the judgment was contrary to law and the evidence.

*Judgment affirmed.* *All the Justices concur, except Fish, C. J., absent.*

APRIL 23, 1915.

Interpleader, etc. Before Judge Park. Gwinnett superior court. March 21, 1914.

*M. D. Irwin,* for plaintiffs in error.

*O. A. Nix* and *John C. Houston,* contra.